Gustavus Griebel, Respondent, *v.* The City of Rochester, Appellant.

(Argued December 15, 1890; decided January 13, 1891.)

Appeal from order of the General Term of the Supreme Court in the fifth judicial department, made April 11, 1890, which affirmed an order for discovery made by the Special Term.

*Henry J. Sullivan* for appellant.

*Walter S. Hubbell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

The People ex rel. Alexander Hicinbothem, Appellant, *v.* Henry D. Purroy et al., Commissioners, etc., Respondents.

(Argued December 15, 1890; decided January 13, 1891.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made October 24, 1890, which affirmed a determination of the defendants, as the board of fire commissioners of the city of New York, removing the relator from the position of inspector of buildings.

*John M. Tierney* for appellant.

*William L. Findley* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.